UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | BILL OF INFORMATION |
| WILLIAM E. JOHNSON, | 18 U.S.C. § 2113(a) |
| Defendant. | FORFEITURE ALLEGATION |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
(Bank Robbery)

1. On August 17, 2020, in the Southern District of Ohio, the defendant, **WILLIAM E. JOHNSON**, by force, violence, and intimidation, did take from the person and presence of employees of the Hocking Valley Bank, Athens Branch, money in the amount of $25,040.00, more or less, belonging to and in the care, custody, control, management, and possession of the Hocking Valley Bank, Athens Branch, whose deposits were then insured by the Federal Deposit Insurance Corporation.

**In violation of Title 18, United States Code, Section 2113(a).**

## COUNT 2
### (Bank Robbery)

2. On October 22, 2020, in the Southern District of Ohio, the defendant, **WILLIAM E. JOHNSON**, by force, violence, and intimidation, did take from the person and presence of employees of the Citizens Bank Company of Beverly, Marietta Branch, money in the amount of $11,390.00, more or less, belonging to and in the care, custody, control, management, and possession of the Citizens Bank Company of Beverly, Marietta Branch, whose deposits were then insured by the Federal Deposit Insurance Corporation.

**In violation of Title 18, United States Code, Section 2113(a).**

### FORFEITURE ALLEGATION

3. The allegations from Counts 1-2 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of Counts 1-2, the defendant, **WILLIAM E. JOHNSON**, shall forfeit to the United States any firearm or ammunition involved or used in such offense(s), including, but not limited to, a Smith & Wesson, model SD 9, 9mm handgun, bearing serial number FXJ4233, and any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

*[signature]*

**NOAH R. LITTON (0090479)**
**S. COURTER SHIMEALL (0090514)**
**Assistant United States Attorneys**